IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| Civil Action No: 18-cv-02290-NRN | Date: September 14, 2020 |
|---|---|
| Courtroom Deputy: Stacy Libid | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| JORDON MACDONALD, on behalf of himself and all similarly situated persons, | Brian Gonzales |
| Plaintiff, | |
| v. | |
| COVENANT TESTING TECHNOLOGIES, LLC, | Michael Rose<br>Jeffrey McPhaul<br>Lani Durio |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**9:38 a.m.    Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding Joint Motion for: 1) Final Approval of Class Action Settlement; and 2) Approval of FLSA Collective Action Settlement [Docket No. 80].

Discussion by counsel.

**ORDERED:**  Joint Motion for: 1) Final Approval of Class Action Settlement; and 2) Approval of FLSA Collective Action Settlement [Docket No. 80] is **GRANTED**. The Order Granting Final Approval to Class Action Settlement [Docket No. 80-3] will be signed and this case will be closed.

**9:57 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:19

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.